**SHAW v. GOODYEAR TIRE & RUBBER CO.**

[366 N.C. 554 (2013)]

LASHANDA SHAW )
)
    v. ) From Cumberland County
)
THE GOODYEAR TIRE & )
RUBBER COMPANY )

No. 89P13

## ORDER

Plaintiff's Motion to Amend Petition for Discretionary Review is allowed. Plaintiff is ordered to file a complete, amended version of her PDR reflecting the substitutions that she submitted with her motion no later than 7 days after this order is issued.

By order of the Court in Conference, this 7th day of March, 2013. Beasley, J., recused.

s/Jackson, J.
For the Court